UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RONA BREE-ANN TAYLOR, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 7:25-cv-943-ACA-NAD |
| J. BROTON, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report recommending that the court deny Petitioner Rona Bree-Ann Taylor's *pro se* petition for a writ of habeas corpus filed under 28 U.S.C. § 2241. (Doc. 8). Ms. Taylor timely objected to the order. (Doc. 9). In her objections, Ms. Taylor agrees that she received the jail credit she sought in her petition. (*Id.* at 2). However, Ms. Taylor asserts that, since filing her petition, she has become eligible to apply her earned First Step Act ("FSA") credits. (*Id.* at 3). Ms. Taylor asks the court to order prison officials to credit her 70 to 75 days under the FSA for time she was in custody prior to her risk assessment at FCI Aliceville. (*Id.*).

To the extent Ms. Taylor seeks FSA credit for the time she was in custody prior to her sentencing, no legal basis for such credit exists. *See* 18 U.S.C. § 3585(a) (a sentence "commences on the date the defendant is received in custody awaiting

transportation to . . . the official detention facility at which the sentence is to be served."); *id.* § 3632(d)(4)(B)(ii) (a prisoner "may not earn time credits . . . during official detention prior to the date that the prisoner's sentence commences under section 3585(a)"). So Ms. Taylor is not owed FSA credit for her time spent in custody before she was sentenced.

Ms. Taylor is also not owed FSA credit for the time between her sentencing on June 24, 2022, and the day she arrived at FCI Aliceville, August 15, 2022, because she has not demonstrated she participated in any programming for which FSA credits could be earned. *See* 18 U.S.C. § 3632(d)(4)(A)(i) (conditioning FSA credits on "successful participation in evidence-based recidivism reduction programming or productive activities."). Ms. Taylor does not allege—nor provide evidence—that she participated in or completed programming before her arrival at FCI Aliceville.

Finally, to the extent that Ms. Taylor requests FSA credits between her arrival at FCI Aliceville and her first risk assessment on September 17 (doc. 9 at 3), the evidence indicates that Ms. Taylor has received credit for those days. (*See* doc. 6-4 at 1 (noting the FSA Time Credit "Period Start" date is August 15, 2022)).

Accordingly, the court **OVERRULES** Ms. Taylor's objections, **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **WILL DENY** and **DISMISS** the petition **WITHOUT PREJUDICE**.

The court will enter a separate final judgment consistent with this opinion.

**DONE** and **ORDERED** this February 12, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE